**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WALTER ALEXANDER, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01618 |
| ) | |
| SPRING VALLEY ENTERPRISES, ) | |
| INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Walter Alexander, Francisco Leiva Barrera, and Wilmer Lieva Barrera, and Defendants, Spring Valley Enterprises, Inc., Lucy DeCarlo, and Abdi Ahmad, by and through their respective counsel, stipulate that all claims set forth in the Complaint filed in the above-captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/MichaelK.Amster | /s/ElizabethB.Bradley |
| Michael K. Amster | David S. Fortney |
| Bar Number: 1001110 | DC Bar # 454943 |
| ZIPIN, AMSTER & GREENBERG, LLC | Elizabeth B. Bradley |
| 836 Bonifant St. | Admitted *Pro Hac Vice* |
| Silver Spring, MD | FORTNEY & SCOTT, LLC |
| (301) 587-9373 | 1750 K Street, NW, Suite 325 |
| (301) 587-9373 (Fax) | Washington, DC 20006 |
| mamster@zagfirm.com | (202) 689-1200 |
| | (202) 689-1209 (Fax) Attorney |
| *Attorney for Plaintiffs* | |
| | dfortney@fortneyscott.com |
| | ebradley@fortneyscott.com |
| | |
| | *Attorneys for Defendants* |

1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of March, 2015, I caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

        ElizabethB.Bradley
        David S. Fortney
        FORTNEY & SCOTT, LLC
        1750 K Street, NW, Suite 325
        Washington, DC 20006
        dfortney@fortneyscott.com
        ebradley@fortneyscott.com

        *Attorney for Defendants*

        _____/s_____
        Michael K. Amster